

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00248-CR

TOMMY D. SIMMONS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 42581-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Tommy D. Simmons, appellant, has filed a motion to dismiss his appeal. The motion was signed by both Simmons and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     July 17, 2014
Date Decided:       July 18, 2014

Do Not Publish